**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **James Earl Swindle, Debtor**                    **Case No. 25-12464-JDW**
                                                                                        **CHAPTER 13**

**CERTIFICATE OF COMPLIANCE OF PROVISION OF**
**PAYMENT ADVICES TO CASE TRUSTEE**

COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor

and files this certificate of compliance with the Court that payment advices required by 11

U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee,

Locke Barkley, 6360 I-55 North, Suite 140, Jackson, MS 39211, pursuant to standing order of

the United States Bankruptcy Court for the Northern District of Mississippi.

WITNESS my signature on August 15, 2025.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236
                                            601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Certification on August 15, 2025.
All interested parties will receive electronic notification from the Court.

                                            /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr.