**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    James Earl Swindle, Debtor                    Case No. 25-12464-JDW
                                                         CHAPTER 13

(JDW)

## ORDER ON MOTION TO REDACT DOCUMENT FILED BY OTHER PARTY

This matter comes before the Court on the Motion to Redact Document Filed by Other Party (the "Motion") (Dkt. # 11) filed by Debtor in the above-styled case. The Motion alleges that the Proof of Claim ("Original Document") filed by Bulldog Capital, LLC (Claim No.1) on August 20,2025 contains certain personal identifiers that should have been redacted under Fed. R. Bankr. P. 9037. The Court, having considered the Motion ~~and otherwise being fully advised in the premises~~, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED that:

1. The Moving Party is relieved of the requirement under Fed. R. Bankr. P. 9037(h)(1)(B) to attach a proposed redacted document.

2. CREDITOR may re-file the Original Document with all personal identifiers redacted as required by Fed. R. Bankr. P 9037. The Court will not take any requested action on the restricted Original Document unless and until a properly redacted document is filed with the Court.

3. The replacement document shall be identical in all respects to the Original Document it replaces, except for the redacted information.

4. The public access restrictions on the Motion and Original Document shall remain in effect until further court order.

5. Nothing in this order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the Case Trustee (the "Trustee"), or counsel for the Trustee in this matter to request access to the Motion or the Original Document by filing the appropriate motion.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR