SO ORDERED,



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  James Earl Swindle, Debtor                Case No. 25-12464-JDW
                                                  CHAPTER 13

## ORDER ON MOTION TO REDACT DOCUMENT FILED BY OTHER PARTY

This matter comes before the Court on the Motion to Redact Document Filed by Other Party (the "Motion") (Dkt. # 11) filed by Debtor in the above-styled case. The Motion alleges that the Proof of Claim ("Original Document") filed by Bulldog Capital, LLC (Claim No.1) on August 20,2025 contains certain personal identifiers that should have been redacted under Fed. R. Bankr. P. 9037. The Court, having considered the Motion ~~and otherwise being fully advised in the premises~~, finds that certain relief should be granted.

(JDW)

IT IS, THEREFORE, ORDERED that:

1. The Moving Party is relieved of the requirement under Fed. R. Bankr. P. 9037(h)(1)(B) to attach a proposed redacted document.

2. CREDITOR may re-file the Original Document with all personal identifiers redacted as required by Fed. R. Bankr. P 9037. The Court will not take any requested action on the restricted Original Document unless and until a properly redacted document is filed with the Court.

3. The replacement document shall be identical in all respects to the Original Document it replaces, except for the redacted information.

4. The public access restrictions on the Motion and Original Document shall remain in effect until further court order.

5. Nothing in this order shall affect the rights of the United States Trustee, the debtors, counsel for the debtors, the Case Trustee (the "Trustee"), or counsel for the Trustee in this matter to request access to the Motion or the Original Document by filing the appropriate motion.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-12464-JDW |
| James Earl Swindle | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: Oct 21, 2025 | Form ID: pdf0003 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Earl Swindle, 5261 Longwood Cove, Horn Lake, MS 38637-9621 |
| cr | + Lee County Solid Waste, PO Box 3670, Tupelo, MS 38803-3670 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Earl Swindle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3