

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    James Earl Swindle, Debtor                    Case No. 25-12464-JDW
                                                                            CHAPTER 13

# ORDER DISALLOWING PROOF OF CLAIM # 3 AS FILED BY LEE COUNTY SOLID WASTE

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 3 as Filed by Lee County Solid Waste (DK# 10), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

(JDW)

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 3 as filed by Lee County Solid Waste is ~~granted~~ **sustained**, and further, Proof of Claim # 3 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com