# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   James Earl Swindle, Debtor                     Case No. 25-12464-JDW
                                                        CHAPTER 13

## CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the foregoing Hearing Notice and Motion to Incur was forwarded on December 29, 2025, to:

By Electronic CM/ECF Notice:

    Harold J. Barkley, Jr., Chapter 12 Trustee

    U.S. Trustee

CM/ECF hrg11
(Rev. 07/22/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  James Earl Swindle            )        Case No.: 25–12464–JDW
       Debtor(s)                        )        Chapter: 13
                                        )        Judge: Jason D. Woodard
                                        )
                                        )

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 2/10/26 at 01:30 PM

Responses Due: 1/20/26

to consider and act upon the following:

*19* – Motion to Borrow Filed by Thomas C. Rollins Jr. on behalf of James Earl Swindle. (Rollins, Thomas)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 12/23/25

                                              Shallanda J. Clay
                                              Clerk, U.S. Bankruptcy Court
                                          BY: LRR
                                                Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   James Earl Swindle, Debtor             Case No. 25-12464-JDW
                                                CHAPTER 13

## MOTION TO INCUR NEW DEBT

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 08/04/2025.
2. Debtor is paying approximately $6,133.24 to General Unsecured Debts through the plan.
3. Debtor is currently renting his place of residency.
4. Debtor wishes to incur debt for the purpose of obtaining a mortgage to purchase residential real property.
5. Debtor has been pre-approved for a mortgage.
6. The terms of the proposed mortgage loan are as follows:
    a. Loan Amount: up to $190,000.00
    b. Interest Rate: 7.75%
    c. Loan Term: 360 months
    d. Monthly Payment including estimated escrow: $1,361.18
7. Debtor will pay this debt to the lender direct pursuant to the terms of the agreement with the lender.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JAMES EARL SWINDLE | CASE NO: 25-12464<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/29/2025, I did cause a copy of the following documents, described below,

Hearing Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/29/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-12464 |
|---|---|
| JAMES EARL SWINDLE | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/29/2025, a copy of the following documents, described below,

Hearing Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/29/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>05371<br>CASE 25-12464-JDW<br>NORTHERN DISTRICT OF MISSISSIPPI<br>ABERDEEN<br>MON DEC 29 11-15-35 CST 2025 | ATT SERVICES INC<br>BY AIS INFOSOURCE LP AS AGENT<br>KAREN CAVAGNARO ESQ<br>1 ATT WAY ROOM 3A104<br>BEDMINSTER NJ 07921-2693 | ~~LOCKE D BARKLEY~~<br>~~6360 I55 NORTH~~<br>~~SUITE 140~~<br>~~JACKSON MS 39211-2030~~ |
| BULLDOG CAPITAL<br>3105 SHEA RD<br>COLLIERVILLE TN 38017-9801 | (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | CREDIT ACCEPTANCE<br>ATTN BANKRUPTCY<br>25505 WEST 12 MILE RD<br>STE 3000<br>SOUTHFIELD MI 48034-8331 |
| DEBT RECOVERY SOLUTION<br>ATTN BANKRUPTCY<br>6800 JERICHO TURNPIKE<br>STE 113E<br>SYOSSET NY 11791-4401 | GULFCO OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD 136X<br>WILLIAMSVILLE NY 14221-4117 |
| JEFFERSON CAPITAL<br>ATTN BANKRUPTCY<br>200 14TH AVE E<br>SARTEKK MN 56377-4500 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (P)LANDMARK STRATEGY GROUP LLC<br>ATTN CO WEINSTEIN  RILEY P S<br>1415 WESTERN AVE<br>SUITE 700<br>SEATTLE WA 98101-2051 |
| (P)LEAFY FINANCIAL LLC<br>2921 BROWN TRAIL STE 250<br>BEDFORD TX 76021-4176 | LEE CO SOLID WASTE<br>PO BOX 3670<br>TUPELO MS 38803-3670 | LEE COUNTY SOLID WASTE<br>PO BOX 3670<br>TUPELO MS 38803-3670 |
| EXCLUDE | DEBTOR | |
| ~~THOMAS C ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ | JAMES EARL SWINDLE<br>5261 LONGWOOD COVE<br>HORN LAKE MS 38637-9621 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |
| | EXCLUDE | |
| TROISRIVIERES SOLUTIONS PRO TRUST GROUP<br>PO BOX 1427<br>ADDISON IL 60101-8427 | ~~U S TRUSTEE~~<br>~~501 EAST COURT STREET SUITE 6430~~<br>~~JACKSON MS 39201-5022~~ | VERIZON WIRELESS<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DR<br>STE 599<br>WELDON SPRINGS MO 63304-2225 |