**SO ORDERED,**



Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:    James Earl Swindle, Debtor                           Case No. 25-12464-JDW
                                                                CHAPTER 13

## ORDER AUTHORIZING DEBTOR TO INCUR DEBT

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt (DK # 19), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that:

1. The Debtor's Motion to Incur Debt is granted.
2. The Debtor is authorized to incur debt for a mortgage subject to the following terms:
    a. Loan Amount: not to exceed $190,000.00
    b. Interest Rate: not to exceed 7.75%
    c. Loan Term: 360 months
    d. Monthly Payment: not to exceed $1,363.00.
3. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR