_____



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                    CHAPTER 13 CASE NO:

**JAMES EARL SWINDLE**                                    **25-12464-JDW**
**xxx-xx-2758**

### ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD
### DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to SHOALS AMBULANCE should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

SHOALS AMBULANCE
ATTN: PAYROLL / GARNISHMENTS
8501 EAST PRINCESS DR., STE 195
SCOTTSDALE, AZ 85255

IT IS FURTHER ORDERED, that SHOALS AMBULANCE, is to remit any funds presently held to the Chapter 13 Trustee.

**REMITTANCE BY CHECK**                    **REMITTANCE BY ELECTRONIC PAYMENT**
Locke D. Barkley, Chapter 13 Trustee       TFS EMPLOYER PAY
P.O. Box 1859                              www.tfsbillpay.com/employer
Memphis, TN 38101                          TFS Bill Pay:  888-800-0294

**##END OF ORDER##**

Submitted by:
Locke D. Barkley, Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661