**SO ORDERED,**



Judge Jason D. Woodard

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:   James Earl Swindle, Debtor**          **Case No. 25-12464-JDW**
                                                      **CHAPTER 13**

### ORDER DISMISSING CHAPTER 13 CASE ON MOTION OF DEBTORS

Upon the motion of debtor to dismiss the above-captioned case pursuant to 11 U.S.C. § 1307(b); and the debtor having represented to the Court that this case has not previously been converted under Section 706, 1112 or 1208 of Title 11 of the United States Code, and that the Motion was filed and served as required by Fed. R. Bankr. P. 9013, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. The above-captioned case is hereby **DISMISSED.**
2. The Chapter 13 Trustee shall file a Chapter 13 final report and account as required by Fed. R. Bankr. P. 5009.
3. Pursuant to Local Rule 1017-1(f)(2)(C), notwithstanding the entry of this Order, any party in interest may file an objection to the debtors' motion within 14 days of the entry of this Order. Upon consideration of any timely-filed objection, at its discretion, the Court may either conduct a hearing or rule on the matter without a hearing.

**##END OF ORDER##**

Submitted by:

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

United States Bankruptcy Court

Northern District of Mississippi

In re:

James Earl Swindle

    Debtor

Case No. 25-12464-JDW

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1            User: autodocke            Page 1 of 2

Date Rcvd: Jul 29, 2026            Form ID: pdf0002            Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | James Earl Swindle, 5261 Longwood Cove, Horn Lake, MS 38637-9621 |
| 4575584 | + | Bulldog Capital, 3105 Shea Rd, Collierville, TN 38017-9801 |
| 4575589 | + | Lee Co Solid Waste, P.O. Box 3670, Tupelo, MS 38803-3670 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 4601275 | + | Email/Text: g17768@att.com | Jul 29 2026 23:54:00 | AT&T Services, Inc., by AIS InfoSource LP as agent, Karen Cavagnaro, Esq., 1 AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 4585312 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 29 2026 23:54:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 4575585 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 29 2026 23:54:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 4575586 | ^ | MEBN | Jul 29 2026 23:50:11 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113E, Syosset, NY 11791-4401 |
| 4602194 | + | Email/Text: bankruptcycourt@towerloan.com | Jul 29 2026 23:54:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4586993 | + | Email/Text: gbechakas@outlook.com | Jul 29 2026 23:54:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 4592096 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2026 23:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4575587 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 29 2026 23:54:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 4590447 | | Email/Text: bncmail@w-legal.com | Jul 29 2026 23:54:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 4575588 | | Email/Text: karina@leafyfinancial.com | Jul 29 2026 23:54:00 | Leafy Financial Llc, Attn: Bankruptcy, 2921 Brown Trail, Ste 250, Bedford, TX 76021 |
| 4575590 | | Email/Text: bankruptcycourt@towerloan.com | Jul 29 2026 23:54:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 4588311 | ^ | MEBN | Jul 29 2026 23:50:44 | Trois-Rivieres Solutions Pro Trust Group, PO BOX 1427, Addison, IL 60101-8427 |
| 4575591 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 29 2026 23:54:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 13

District/off: 0537-1

User: autodocke

Page 2 of 2

Date Rcvd: Jul 29, 2026

Form ID: pdf0002

Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor James Earl Swindle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3