# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

| IN THE MATTER OF: | CHAPTER 13 CASE: |
|---|---|
| JAMES EARL SWINDLE | 25-12464-JDW |

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| Trios Rivieres Solutions Pro Trust Group | Post Office Box 1427<br>Addison, IL 60101 | $12.95 |

DATED: September 1, 2026

Respectfully submitted,
Locke D. Barkley, Trustee
6360 I-55 North
Suite 140
Jackson, MS 39211
(601) 355-6661